Ex parte A. B. C. DAVIS.

No. A-4597.    Opinion Filed July 16, 1923.
(217 Pac. 1118.)

Habeas corpus by A. B. C. Davis to be admitted to bail. Dismissed on motion of petitioner.

Victor A. Sniggs and John Guyer, for petitioner.

The Attorney General, for the State.

PER CURIAM. This is an application of A. B. C. Davis, for writ of habeas corpus to be admitted to bail, filed March 13, 1923. Now, on this 20th day of March, 1923, petitioner by his counsel has filed a motion to dismiss said cause, which motion is sustained, and cause dismissed.